IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ROBERT YEZAK | § | |
| (Bell County #110434) | § | |
| | § | |
| V. | § | W-24-CA-519-ADA |
| | § | |
| SHERIFF EDDY LANGE, et al. | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

**IT IS FURTHER ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on January 22, 2025

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1